UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARLES STEMEN, Plaintiff, -against- ALEXANDER CHETCHIKOV et al., Defendants. | : | 26 Civ. 4976 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 4, 2026;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the August 4, 2026, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral. It is further

**ORDERED** that, if Defendant Chetchikov intends to move to dismiss the Complaint, any pre-motion letter in support of an anticipated motion to dismiss shall be filed by **September 8, 2026**. Such a letter stays the time to answer or move with respect to the Complaint pursuant to Individual Rule III.C.2. By **September 15, 2026**, Plaintiff shall respond to Defendant

Chetchikov's pre-motion letter. Plaintiff's response shall include an update on Plaintiff's efforts to ascertain the identities of and serve the John Doe Defendants.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: July 29, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE