UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES STEMEN,
Plaintiff,

-against-

ALEXANDER CHETCHIKOV et al.,

Defendants.

---

26 Civ. 4976 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order entered on July 30, 2026.

WHEREAS, Plaintiff filed the First Amended Complaint on August 21, 2026, adding as Defendants Luxury Brand Consulting LLC and Gitbin & Associates, LLC.

WHEREAS, Defendant Luxury Brand Consulting LLC waived service on August 26, 2026, and Defendant Gitbin & Associates, LLC waived service on September 10, 2026.

WHEREAS, Defendants Luxury Brand Consulting LLC and Gitbin & Associates, LLC have not appeared.

WHEREAS, the Civil Case Management Plan and Scheduling Order directed the parties to submit a joint status letter in accordance with Individual Rule III.D.3 by October 5, 2026.

WHEREAS, the parties failed to file the letter. It is hereby

**ORDERED** that the parties shall file the joint letter as soon as possible, and by no later than **October 16, 2026**. Plaintiff is directed to serve a copy of this Order on Defendants Luxury Brand Consulting LLC and Gitbin & Associates, LLC. If any Defendants refuse to participate in the preparation of the letter, Plaintiff shall file the letter in consultation with any participating Defendants.

Dated: October 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE